# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1049.  SEAN MCDONALD v. GINA GIANFAGNA.**

The appeal in this case was docketed on February 10, 2014.  Appellants' brief and enumeration of errors were originally due on March 3, 2014.  On February 27, 2014, this Court entered its order granting Appellant until March 24, 2014 to file his brief and enumeration of errors.  As of the date of this Order, Appellant's brief and enumeration of errors have not been filed, nor has the Appellant requested any further extensions or otherwise communicated with this Court. Accordingly, this appeal is hereby dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/30/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*